*Auden Grogins*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided March 25, 2003

STATE OF CONNECTICUT *v.* TONY E. GIBSON

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 103 (AC 21779), is denied.

*Joseph G. Bruckmann*, public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided March 25, 2003

STATE OF CONNECTICUT *v.* TONY E. GIBSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 75 Conn. App. 103 (AC 21779), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the convictions on the third and fourth counts must be set aside on the grounds of constitutional error in the court's jury instructions?"

The Supreme Court docket number is SC 16968.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in support of the petition.